UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-236-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| BARTO EDWARD USRY | |

This matter having come before the Court by joint motion of the Office of the Federal Public Defender and the United States Attorney's Office to set sentencing at the time of arraignment for the Defendant, and for good cause shown, it is hereby ORDERED that the arraignment and sentencing hearing shall be scheduled for May 13, 2015. *

IT IS SO ORDERED.

This  4th  day of May, 2015.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

*Sentencing will be held immediately following arraignment before U.S. District Judge Louise W. Flanagan. Sentencing is tentatively set for 10:30 a.m.